O:\MAXWELL FILES\Trustee (AJM) cases\Swiontek, Leo ( RE Jan 2005)\Sale of Real estate\Settlement Approval Order.doc
05-101-018

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| LEO F. SWIONTEK, ) | Case No. 04-48014 |
| Debtor. ) | Honorable Jacqueline P. Cox |
| ) | |

## ORDER AUTHORIZING AND APPROVING SETTLEMENT

This case coming to be heard on Trustee's Motion to Approve Settlement ("Motion") between Andrew J. Maxwell, Chapter 7 Trustee for the estate of Leo F. Swiontek, Leo F. Swiontek, Debtor and Demetra Barounis; approximately twenty days notice of the Motion having been provided to the United States Trustee, Debtor, Demetra Barounis, counsel to both Debtor and Demetra Barounis, and all listed creditors; good cause appearing to waive further notice, and the notice given being deemed to be sufficient notice; counsel for Trustee having appeared; no objection to the relief sought having been filed or raised in open court; the relief requested appearing to be in the best interests of the estate and its creditors; and the Court being advised in the premises of the Motion; it is, therefore

**ORDERED**, the settlement, set forth in the Motion, is hereby authorized and approved. Trustee is authorized to accept payment of $66,000.00 into this bankruptcy estate from Debtor and Demetra Barounis in exchange for the Trustee's abandonment of his rights and interest to the real estate commonly known as 6927 West Fargo Avenue, Niles, Illinois, as set forth more particularly in the settlement agreement attached to this Motion. Trustee is authorized to execute such documents and undertake such actions that the Trustee deems necessary to consummate the settlement agreement.

ENTER:

_Jacqueline Cox_
United States Bankruptcy Judge

December 18, 2007

Prepared by:
Andrew J. Maxwell (ARDC #1799150)
Vikram R. Barad (ARDC No. 6277076)
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, Illinois 60603
312/368-1138